# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

129419

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DENNIS LENNELL THOMAS,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129419
COA: 255126
Wayne CC: 03-013247

On order of the Court, the application for leave to appeal the July 14, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

_____
Clerk

s0315